

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00351-CV

## IN THE INTEREST OF C.A. AND C.A., CHILDREN

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 14-002766-CV-CCL1

## ORDER

Appellant's Emergency Motion for Relief is denied.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed July 26, 2017
Do not publish

